**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6316**

JASON BOLDEN,

        Plaintiff - Appellant,

    v.

REX BLOCKER; ANNE ELIZABETH CUCCIO,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Donald C. Coggins, Jr., District Judge.  (9:18-cv-03473-DCC)

Submitted:  September 28, 2020             Decided:  October 6, 2020

Before AGEE and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jason Bolden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Bolden appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to Appellees, and dismissing without prejudice Bolden's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bolden v. Blocker*, No. 9:18-cv-03473-DCC (D.S.C. Jan. 27, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
